IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THERESA MONACO,

        Plaintiff,

vs.

        No.  14-0320-DRH

TJ MAXX,

        Defendant.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On May 20, 2014, defendant filed a motion to dismiss in this case (Docs. 9 & 10). As of this date, plaintiff has not responded to the motion. The Court is aware that plaintiff is proceeding pro se and is having a hard time finding counsel to represent her in this matter. Thus, the Court allows plaintiff up to and including July 25, 2014 to file a response to the motion to dismiss.

**IT IS SO ORDERED.**

Signed this 10th day of July, 2014.

Digitally signed by
David R. Herndon
Date: 2014.07.10
14:38:10 -05'00'

Chief Judge
United States District Court