## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**THERESA MONACO,**

      **Plaintiff,**

**v.**

**TJ MAXX,**

      **Defendant.**                        **No. 14-cv-320-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on August 19, 2014 (Doc. 27), this case is **DISMISSED** with prejudice.

                                       **JUSTINE FLANAGAN,**
                                       **ACTING CLERK OF COURT**

                                **BY:**      **/s/*Caitlin Fischer***
                                       **Deputy Clerk**

Dated:   August 19, 2014

Digitally signed
by David R.
Herndon
Date: 2014.08.19
14:39:39 -05'00'

APPROVED:

      CHIEF JUDGE
      U. S. DISTRICT COURT